■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MIRANDA, Appellant.—Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered on or about September 30, 1988, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Carro, Asch, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SMITH, Appellant.—Judgment, Supreme Court, New York County (Dennis Edwards, Jr., J.), rendered on March 2, 1988, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Milonas, Kassal and Wallach, JJ.

■ In the Matter of EAST NEW YORK SAVINGS BANK DEPOSITORS LITIGATION. RITA WECHSLER et al., Appellants, v PAUL B. MURRAY et al., Respondents.—Order, Supreme Court, New York County (Ira Gammerman, J.), entered on August 28, 1989, unanimously affirmed for the reasons stated by Ira Gammerman, J., without costs and without disbursements. Concur—Rosenberger, J. P., Kassal, Ellerin, Smith and Rubin, JJ. *[See,* 145 Misc 2d 620.]